UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RACHELLE DENISE SHANNON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SSA COMMISSIONER,<br><br>　　　　Defendant. | Case No. 25-cv-04815-RFL<br><br>**JUDGMENT** |

Having vacated the decision of the Commissioner (Dkt. No. 15), judgment is entered in favor of Plaintiff and against Defendant. The Clerk shall close the file in this matter.

**IT IS SO ORDERED.**

Dated: October 31, 2025

RITA F. LIN
United States District Judge